THE HODA LAW FIRM, PLLC
MARSHAL J. HODA (TX Bar No. 24110009)
(Admitted *Pro Hac Vice*)
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
Facsimile: (832) 201-0364
E-mail: marshal@thehodalawfirm.com

Attorney for Plaintiffs
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-07557-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADMINISTRATIVELY RELATE CASES PURSUANT TO CIVIL LOCAL RULE 3-12 AND CONSOLIDATE RELATED ACTIONS UNDER FED. R. CIV. P. 42(a)** |
| KATRINA CALDERON and DANIELLE CALDERON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 5:22-cv-09149-SI |

| | |
|---|---|
| CRYSTAL CRAIG, TIFFANY BRYANT and SAIT KURMANGALIYEV, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00315-TLT |

WHEREAS, the above-captioned related putative consumer class actions are pending before the United States District Court for the Northern District of California, entitled: *John Doe, et al. v. Meta Platforms, Inc.*, Case No. 3:22-CV-07557-SI, filed December 1, 2022 ("*Doe*"); *Katrina Calderon, et al. v. Meta Platforms, Inc.*, Case No. 5:22-cv-09149-SI ("*Calderon*"), filed December 29, 2022; and *Craig v. Meta Platforms, Inc.,* Case No. 3:23-cv-00315-TLT ("*Craig*") filed January 23, 2023 (the "Related Actions" and all plaintiffs are collectively referred to herein as "Plaintiffs");

WHEREAS, by Order dated January 24, 2023, this Court administratively related the *Doe* and *Calderon* Actions pursuant to Civil Local Rule 3-12;

WHEREAS, *Craig* also meets the definition of a related case under Civil Local Rule 3-12 because it is brought against the same defendant, Meta Platforms, Inc., involves similar allegations that Meta surreptitiously acquired tax filing information from putative class members who used online tax filing websites such as H&R Block, Tax Act, and Tax Slayer, and asserts many of the same causes of action;

WHEREAS, there is the potential for burdensome duplication of labor and expense, and the potential for conflicting results if the cases are conducted before different judges such that they should be designated as Related under Civil Local Rule 3-12;

WHEREAS, Plaintiffs assert the Related Actions arise out of the same or a similar set of operative facts and assert similar legal claims against Defendant Meta Platforms, Inc. ("Meta" or "Defendant"), alleging that Meta's "Pixel" is a piece of code that logs users' activities on third-party websites and sends the details back to Meta.  Plaintiffs allege that online tax-filing services such as H&R Block, TaxAct, and TaxSlayer embedded the Pixel in their websites and sent tens of millions of filers' tax-return data to Meta without their consent in violation of federal law. Plaintiffs further allege the Pixel sent Meta the tax-filers' names, email addresses, adjusted gross incomes, tax-filing statuses, refund amounts, dependents' college scholarship amounts, and their dependents' names—and perhaps more.  Plaintiffs further allege this occurred regardless of whether the filer had an account on Meta's social media platforms like Facebook or Instagram, and even when filers expressly declined to share their information, the Pixel collected it anyway. (Doe ¶¶ 1-2; Calderon ¶¶ 43-51; Craig ¶¶ 2-18);

WHEREAS, in light of the foregoing, the Related Actions should be consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

WHEREAS, the parties have met and conferred and stipulate to the following:

1. The case file for the Consolidated Action will be maintained under Master File No.3:22-CV-07557-SI.  When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above.  When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name

of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "3:22-cv-07557-SI, All Actions."

2. All papers filed in the Consolidated Action shall be filed under Case No. 3:22-cv-007557-SI and shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Master File No. 3:22-cv-07557-SI |
| This Document Relates to: | |

3. Any action subsequently filed, transferred, or removed to this Court that the Court determines arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for all purposes. Any party may file a Notice of Related Action pursuant to Civil Local Rule 3.12 whenever a party believes a case that should be consolidated into the Consolidated Action is filed in, or transferred to, this District. If the Court determines that the case is related and should be consolidated, the clerk shall:

   a. place a copy of this Order in the separate file for such action;

   b. serve on Plaintiffs' counsel in the new case a copy of this Order;

   c. direct that this Order be served upon defendants in the new case; and

   d. make the appropriate entry in the Master Docket.

4. A Consolidated Complaint shall be filed forty-five (45) days after entry of an order appointing interim class counsel in the Consolidated Action.

- 4 -

STIPULATION AND [PROPOSED] ORDER
TO ADMINISTRATIVELY RELATE ACTIONS UNDER CIVIL LOCAL RULE 12-3 AND TO
CONSOLIDATE RELATED ACTIONS UNDER FED.R.CIV.P. 42(a)
Case No. 3:22-cv-07557-SI

5. Meta shall not be required to respond to the complaint in any action consolidated into this action, other than the Consolidated Complaint.

6. Meta shall respond to the Consolidated Complaint within sixty (60) days of the filing thereof. If Meta files a motion to dismiss the Consolidated Complaint, Plaintiffs shall file their papers in opposition to Meta's motion to dismiss within forty-five (45) days of the filing thereof. Meta shall file its reply brief within thirty (30) days of the filing of Plaintiffs' opposition papers.

7. Plaintiffs shall promptly confer on a leadership structure and file any stipulation or motion within five (5) days after entry of the Order consolidating all actions.

**IT IS SO STIPULATED**

Dated: February 7, 2023	LOCKRIDGE GRINDAL NAUEN P.L.L.P.
	Robert K. Shelquist
	Rebecca A. Peterson (California # 241858)
	Kate M. Baxter-Kauf

	By: /s/ Rebecca A. Peterson

	100 Washington Avenue South, Suite 2200
	Minneapolis, MN 55401
	Telephone: (612) 339-6900
	Facsimile: (612) 339-0981
	E-mail: rkshelquist@locklaw.com
	        rapeterson@locklaw.com
	        kmbaxter-kauf@locklaw.com

	GEORGE GESTEN MCDONALD, PLLC
	Lori G. Feldman. (*pro hac vice* forthcoming)
	102 Half Moon Bay Drive
	Croton-on-Hudson, New York 10520
	Phone: (917) 983-9321
	Fax: (888) 421-4173
	Email: LFeldman@4-justice.com
	E-Service: eService@4-Justice.com

GEORGE GESTEN MCDONALD, PLLC
David J. George. (*pro hac vice* forthcoming)
Brittany L. Brown. (*pro hac vice* forthcoming)
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

*Attorneys for Plaintiffs Crystal Craig, Tiffany Bryant, and Sait Kurmangaliyev*

Dated:  February 8, 2023                BURSOR & FISHER, P.A.

By:   /s/ *Joel D. Smith*
          Joel D. Smith

Joel D. Smith (State Bar No. 244902)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com
             ndeckant@bursor.com

*Attorneys for Plaintiffs Katrina Calderon and Danielle Calderon*

Dated: February 7, 2023                THE HODA LAW FIRM, PLLC

By:   /s/ *Marshal J. Hoda*
          Marshal J. Hoda

Marshal J. Hoda (TX State Bar No. 24110009)
(Admitted *Pro Hac Vice*)
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
Facsimile: (832) 201-0364
E-mail: marshal@thehodalawfirm.com

|   |   |
|---|---|
| 1 | FOSTER YARBOROUGH, PLLC |
|   | Patrick Yarborough (TX State Bar No. 24084129) |
| 2 | (Admitted *Pro Hac Vice*) |
|   | 917 Franklin Street, Suite 220 |
| 3 | Houston, TX 77002 |
|   | Telephone: (713) 331-5254 |
| 4 | E-mail: patrick@fosteryarborough.com |

THE LAW OFFICES OF STEVEN C. VONDRAN
Steven C. Vondran
California Bar No. 232337
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com

*Attorneys for Plaintiffs Jane Doe and John Doe*

Dated:  February 7, 2023    GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Lauren R. Goldman*
         Lauren R. Goldman

LAUREN R. GOLDMAN (pro hac vice)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-8200
Facsimile:     (415) 393-8306

ANDREW M. KASABIAN (SBN 313210)
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:     (213) 229-7311
Facsimile:      (213) 229-6311

*Attorneys for Defendant Meta Platforms, Inc.*

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Defendant Meta Platforms, Inc.*

**Certification of Compliance with Civil Local Rule 5-1(i)(3)**

I hereby certify that pursuant to Civil Local Rule 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

By: /s/ *Marshal J. Hoda*

- 9 -

STIPULATION AND [PROPOSED] ORDER
TO ADMINISTRATIVELY RELATE ACTIONS UNDER CIVIL LOCAL RULE 12-3 AND TO
CONSOLIDATE RELATED ACTIONS UNDER FED.R.CIV.P. 42(a)
Case No. 3:22-cv-07557-SI

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 8, 2023

_____
Hon. Susan Illston
U.S. DISTRICT COURT JUDGE

- 10 -

STIPULATION AND [PROPOSED] ORDER
TO ADMINISTRATIVELY RELATE ACTIONS UNDER CIVIL LOCAL RULE 12-3 AND TO
CONSOLIDATE RELATED ACTIONS UNDER FED.R.CIV.P. 42(a)
Case No. 3:22-cv-07557-SI